# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD LAY

NO. 2020 KW 0655

**SEPTEMBER 28, 2020**

---

In Re:    Richard Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-112033.

---

**BEFORE:  McDONALD, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion to vacate and set aside conviction and sentence, filed on or about May 17, 2020, if it has not already done so.

**JMM**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
FOR THE COURT